**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6354**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

    v.

DAVID SERVIN-TERRASAS, a/k/a David Servin,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:06-cr-00004-JLK-1)

_____

Submitted: June 21, 2012          Decided: June 26, 2012

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Servin-Terrasas, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Servin-Terrasas appeals the district court's order denying his motion seeking leave to renew his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Servin-Terrasas, No. 4:06-cr-00004-JLK-1 (W.D. Va. Feb. 6, 2012).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Servin-Terrasas sought a motion to reconsider the court's earlier denial of his § 3582 motion, such a motion would be improper. See United States v. Goodwyn, 596 F.3d 233, 235–36 (4th Cir.) (noting that a motion to reconsider is not a proper vehicle to seek review of a ruling on a § 3582 motion), cert. denied, 130 S. Ct. 3530 (2010).